UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RAYMOND BRIAN RUIZ,

                Plaintiff,

    v.

SGT. LEWIS,

                Defendant.

Case No. C16-0023-RAJ

ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND DISMISSING AMENDED CIVIL RIGHTS COMPLAINT

The Court, having reviewed plaintiff's amended complaint, defendant Lewis's motion for summary judgment, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the remaining record, hereby finds and ORDERS:

(1)    The Court adopts the Report and Recommendation;

(2)    Defendant Lewis's motion for summary judgment (Dkt. 23) is GRANTED;

(3)    Plaintiff's amended civil rights complaint (Dkt. 10), and this action, are dismissed with prejudice as to plaintiff's federal due process claims and without prejudice as to plaintiff's state law claims; and

/ / /

ORDER GRANTING DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT - 1

(4)     The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendant Lewis, and to the Honorable Mary Alice Theiler.

DATED this 3rd day of October, 2016.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT - 2